Certificate Number: 14424-PAW-DE-036031986

Bankruptcy Case Number: 21-22097



14424-PAW-DE-036031986

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 1, 2021, at 2:23 o'clock AM EDT, Sharon D Sanders completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 1, 2021                By:   /s/Edsie Lim

                                       Name: Edsie Lim

                                       Title: Certified Personal Finance Counselor