IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Sharon D. Sanders, | ) Case No. 21-22097 GLT |
| *Debtor* | ) Chapter 13 |
| | ) |
| Sharon D. Sanders, | ) Document No. WO-1 |
| Social Security No. XXX-XX-2568 | ) |
| *Movant* | ) |
| | ) |
| *vs.* | ) |
| | ) |
| Bayada Home Health Care, Inc. | ) |
| and Ronda J. Winnecour, Trustee | ) |
| *Respondents* | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 5, 2021, a true and correct copy of the *Order to Pay Trustee* was caused to be served by US Mail, upon the following persons and parties:

Bayada Home Health Care, Inc.
Attn: Payroll Dept.
4300 Haddonfield Road
Pennsauken, NJ 08109

Sharon Sanders
 514 Ferndale Ave.
Duquesne, PA 15110

Served by ECF Mail:
Ronda J. Winnecour, Trustee

Date of Service: October 5, 2021

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201