**Form 404**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

27 – 26
dbas

In re:

Bankruptcy Case No.: 21–22097–GLT
Related to Docket No. 26
Chapter: 13
Hearing Date: 12/8/21 at 11:00 AM

**Sharon D. Sanders**
**aka Sharon D. Hughes**
   Debtor(s)

**CERTIFICATE OF SERVICE OF** Motion to Terminate Wage Attachment along with the Order of Court dated October 29, 2021
    **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on November 1, 2021.
    (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: U.S. First Class Mail .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

All parties listed on the attached mailing matrix.

Bayada Home Health Care, Inc.
Attn: Payroll Dept.
4300 Haddonfield Road
Pennsauken, NJ 08109

By: /s/ Lauren M. Lamb
    (Signature)
Lauren M. Lamb
Typed Name

707 Grant Street, Suite 2830 Pittsburgh, Pa 15219
Address
412-391-8000
Phone No.
PA I.D. 209201
List Bar I.D. and State of Admission

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 21-22097-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Nov  1 12:55:43 EDT 2021 | AHN<br>PO Box 645266<br>Pittsburgh, PA 15264-5250 | (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Cap One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Freedom Credit Union<br>Attn: Bankruptcy<br>626 Jacksonville Road, Suite 250<br>Warminster, PA 18974-4862 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Peoples Natural Gas Company LLC<br>GRB Law<br>Frick Building<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 | Quicken Loans<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 | Rocket Mortgage, LLC f/k/a Quicken Loans, at<br>635 Woodward Avenue<br>Detroit MI 48226-3408 |
| Sharon D. Sanders<br>514 Ferndale Ave.<br>Duquesne, PA 15110-1354 | Syncb/JCI Home Design<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

```
Synchrony Bank/Old Navy              Tri Boro Fcu                          S. James Wallace
Attn:  Bankruptcy Dept               600 E 8th Ave                         GRB Law
Po Box 965060                        Munhall, PA 15120-1900                Frick Building, 437 Grant Street
Orlando, FL 32896-5060                                                     14th Floor
                                                                           Pittsburgh, PA 15219


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americollect                         Bank of America                       Chase Card Services
Po Box 1566                          Attn: Bankruptcy                      Attn: Bankruptcy
1851 South Alverno Road              Po Box 982234                         Po Box 15298
Manitowoc, WI 54221                  El Paso, TX 79998                     Wilmington, DE 19850


Citizens Bank                        (d)Citizens Bank                      (d)Citizens Bank N.A.
Attn: Bankruptcy                     One Citizens Drive                    One Citizens Bank Way JCA115
1 Citizens Dr                        Ms: Rop 15b                           Johnston, RI 02919-0291
Riverside, RI 02915                  Riverside, RI 02915


PNC Bank
Attn: Bankruptcy
Po Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Rocket Mortgage, LLC f/k/a Quicken Loans,     End of Label Matrix
                                                 Mailable recipients   33
                                                 Bypassed recipients    1
                                                 Total                 34
```