IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sharon D. Sanders, | ) | Case No. 21-22097 GLT |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Sharon D. Sanders, | ) | Related to Docket No. 26-27 |
| Social Security No. XXX-XX-2568 | ) | |
| *Movant* | ) | Hearing Date and Time: |
| | ) | December 8, 2021 at 10:00 AM |
| *vs.* | ) | |
| | ) | |
| Bayada Home Health Care, Inc. | ) | |
| and Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO TERMINATE WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment filed on October 28, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Terminate Wage Attachment were to be filed and served no later than November 15, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Terminate Wage Attachment be entered by the Court.

Respectfully submitted,

November 16, 2021
Date:

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com