FILED
5/17/23 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sharon D. Sanders | ) | Case No. 21-22097-GLT |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Related to Docket No. 51 |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐    a motion to dismiss case or certificate of default requesting dismissal

☑    a plan modification sought by:    <u>Debtor to address increased mortgage payment per Notice of Mortgage Payment Change.</u>

☐    a motion to lift stay
      as to creditor

☐    Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑ Chapter 13 Plan dated    <u>September 13, 2021</u>
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑    Debtor's Plan payments shall be changed from $ <u>483.00</u>   to
      $ <u>522.00</u>    per month, effective   <u>June, 2023</u>   ; and/or the Plan term shall be

changed from ___ months to ___ months.  ___.

☐ In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that her has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor shall file and serve ___ on or before ___.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as ___ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☑ Other: <u>Tri Boro Federal Credit Union will be paid $152.00 effective June 1, 2023 as per its Notice of Mortgage Payment Change dated May 3, 2023.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  17th Day of May       , 2023

Dated:  May 17, 2023

Gregory L. Taddonio   drb
Chief United States Bankruptcy Judge

Stipulated by:                                              Stipulated by:

/s/Lauren M. Lamb                                  /s/James Warmbrodt
Counsel to Debtor                                    Counsel to Chapter 13 Trustee
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:     Case No. 21-22097-GLT
Sharon D. Sanders     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: May 17, 2023     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon D. Sanders, 514 Ferndale Ave., Duquesne, PA 15110-1354 |
| 15417637 | + | AHN, PO Box 645266, Pittsburgh, PA 15264-5250 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | May 18 2023 00:03:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2023 00:15:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 18 2023 00:03:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15417637 | ^ | MEBN | May 17 2023 23:52:12 | AHN, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15417638 | | Email/Text: ebn@americollect.com | May 18 2023 00:03:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 15428592 | | Email/PDF: bncnotices@becket-lee.com | May 18 2023 00:15:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15417639 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2023 00:13:58 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15417640 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 18 2023 00:02:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15424930 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 18 2023 00:03:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15417641 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 18 2023 00:03:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15417647 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 18 2023 00:02:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 15417648 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 18 2023 00:02:00 | Citizens Bank, One Citizens Drive, Ms: Rop 15b, Riverside, RI 02915 |
| 15420882 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 18 2023 00:02:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919-0291 |
| 15417643 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2023 00:02:20 | Cap One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15430559 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2023 00:27:14 | Capital One Bank (USA), N.A., by American |

Case 21-22097-GLT    Doc 53    Filed 05/19/23    Entered 05/20/23 00:26:40    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15417645 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 00:15:13 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15417649 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 18 2023 00:04:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15417650 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | May 18 2023 00:03:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 15417644 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 18 2023 00:01:12 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15422473 | + | Email/Text: RASEBN@raslg.com | May 18 2023 00:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15428119 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2023 00:14:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15423959 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2023 00:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15417655 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 00:03:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15435907 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2023 00:14:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15417656 | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2023 00:04:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15422899 | + | Email/Text: bankruptcyteam@quickenloans.com | May 18 2023 00:04:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15417657 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:15:13 | Syncb/JCI Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15418254 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:02:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15417658 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:01:16 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15417659 | + | Email/Text: mjoyce@triboro-fcu.org | May 18 2023 00:04:00 | Tri Boro Fcu, 600 E 8th Ave, Munhall, PA 15120-1900 |
| 15434579 | + | Email/Text: mjoyce@triboro-fcu.org | May 18 2023 00:04:00 | Tri Boro Federal Credit Union, 600 E. 8th Avenue, Munhall, PA 15120-1900 |
| 15433317 | ^ | MEBN | May 17 2023 23:52:08 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Tri Boro Federal Credit Union, 600 E. 8th Avenue, Munhall, PA 15120-1900 |
| 15417642 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15417646 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15417651 | *+ | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 15417652 | *+ | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 15417653 | *+ | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 15417654 | *+ | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |

Case 21-22097-GLT    Doc 53    Filed 05/19/23    Entered 05/20/23 00:26:40    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 33 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jeffrey A. Golvash | on behalf of Creditor Tri Boro Federal Credit Union jgolvash@golvashepstein.com kmicklo@golvashepstein.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren M. Lamb | on behalf of Debtor Sharon D. Sanders julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 7