IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sharon D. Sanders a/k/a Sharon D. Hughes, | ) | Bankruptcy No. 21-22097-GLT |
| Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 57-58, 60 |
| Sharon D. Sanders a/k/a Sharon D. Hughes, | ) | |
| Movant | ) | Hearing Date and Time: |
| | ) | January 8, 2025 at 9:00am |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTOR'S SOCIAL SECURITY DISABILITY CLAIM

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Special Counsel for Debtor's Social Security Disability Claim filed on November 26, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ Special Counsel for Debtor's Social Security Disability Claim appears thereon. Pursuant to the Notice of Hearing, objections for Application to Employ Special Counsel for Debtor's Social Security Disability Claim were to be filed and served no later than December 13, 2024.

    It is hereby respectfully requested that the Order attached to the Application to Employ Special Counsel for Debtor's Social Security Disability Claim be entered by the Court.

    Respectfully submitted,

December 16, 2024
Date:

/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
436 Seventh Avenue
Suite 322, Koppers Building
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com