IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Sharon D. Sanders a/k/a Sharon D. Hughes, | ) ) | Bankruptcy No. 21-22097-GLT Chapter 13 |
| Debtor | ) | Related to Docket No. 64 |
| | ) | |
| Sharon D. Sanders a/k/a Sharon D. Hughes, | ) ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 17, 2024, a true and correct copy of the *Default Order Granting Application to Employ Amanda J. Bonnesen, Esq. As Special Counsel.* was served by the following methods, upon the following persons and parties:

Ronda J. Winnecour, Chapter 13 Trustee - Via ECF mail

Amanda Bonnesen, Esquire - Via email to abonnesen@bergerandgreen.com

Date of Service: December 17, 2024         /s/Lauren M. Lamb
                                                                        Lauren M. Lamb, Esquire
                                                                       Steidl & Steinberg, P.C.
                                                                       436 Seventh Avenue, Suite 322
                                                                       Pittsburgh, PA  15219
                                                                       (412) 391-8000
                                                                       PA I. D. No.  209201
                                                                       llamb@steidl-steinberg.com